**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

                                         Case No: 15-12787-PGH
                                         Chapter 13

IBANEZ, MONICA MARIA
SSN:XXX-XX-2784
_____Debtor_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY PARTNERS FEDERAL CREDIT UNION and related NOTICE OF HEARING [D.E. 24/25] was furnished by CM/ECF to Robin R. Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355-9007; Office of the U.S. Trustee, 51 S.W. 1st Avenue, Room 1204, Miami, FL 33130, via Certified Mail to Partners Federal Credit Union c/o John Janclaes, President, 100 North First St, Ste. 400, Burbank, CA 91502 and the Debtors on the 3rd day of June 2015.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                      THE COHEN LAW FIRM, P.A.
                      *Attorney for Debtor(s)*
                      1700 University Drive, Suite 210
                      Coral Springs, FL  33071
                      Telephone: 954-346-1400
                      Facsimile: 954-346-0400

                      By: _____/s/_____
                              BRIAN J. COHEN, Esq.
                              For The Firm
                              Florida Bar No. 142298