UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**                     CASE NO.: 15-12787-PGH

☑ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: IBANEZ, MONICA MARIA                    JOINT DEBTOR: _____

Last Four Digits of SS# XXX-XX-2784              Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $ 296.01      for months   1    to   14   ;
   B.  $ 333.88      for months   15   to   60   ;
   C.  $_____    for months ____ to ____ in order to pay the following creditors:

Administrative:      Attorney's Fee     $3,500.00 + $525.00 (M2Value Personal Property) = $4,025.00
                     TOTAL PAID         $500.00
                     Balance Due        $3,525.00    payable $ 251.79  month (Months  1  to  14  )
                                                    payable $_____ month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date $_____
Address _____           Arrears Payment  $_____ /month (Months_____ to _____)
         _____          Regular Payment  $_____ /month (Months_____ to _____)
Loan # _____           Arrears Payment  $_____ /month (Months_____ to _____)

2. _____          Arrearage on Petition Date $_____
Address _____           Arrears Payment  $_____ /month (Months_____ to _____)
         _____          Regular Payment  $_____ /month (Months_____ to _____)
Loan # _____           Arrears Payment  $_____ /month (Months_____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Partners Federal Credit Union Acct.# xxx0070 | $10,675.00 2012 Ford Focus | 5.25% | $17.31 $259.10 | 1 – 14 15 - 60 | $12,160.80 |
| Secured Creditor | Pay Off Amount & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                                Payable $_____ /month (Months _____ to _____)

Unsecured Creditors: Pay $ 44.42  month (Months  15  to  60  ); $_____ month (Months _____ to _____)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:  The Debtor surrenders any and all interest in the 2013 Hyundai Sonata, secured by Hyundai Motor Finance (Acct# 9295).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Monica Ibanez
Debtor
Date: 8/10/2015

Joint Debtor
Date: _____

LF-31(rev. 8/01/06)