CGFD80 (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–12787–PGH

Chapter: 13

**In re:**

Monica Maria Ibanez
aka Monica Ibanez
2146 SW Newport Isles Blvd
Port Saint Lucie, FL 34953

SSN: xxx–xx–2784

# NOTICE OF CLAIM FILED BY DEBTOR/TRUSTEE

**To:**   Partners Federal Credit Union
2190 S Town Centre Place
Anaheim, CA 92806

**Notice is given pursuant to Bankruptcy Rule 3004** that the Debtor filed a claim on your behalf in this case on 8/16/2015, in the amount of $ 20196.00, in the name of Partners Federal Credit Union, and classified as secured. The filing of a claim by you, pursuant to Bankruptcy Rules 3002(c) or 3003(c) (whichever is applicable), shall supersede the proof of claim filed by the Debtor. **July 21, 2015** is/was the deadline set for filing claims in this case.

Claims should be filed using the Official B10 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
1515 N Flagler Dr #801
West Palm Beach FL 33401

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated:8/17/15**

**CLERK OF COURT**
By: Randy Eisenberg
Deputy Clerk (561) 514–4100

The clerk shall serve a copy of this notice on the debtor, creditor, and trustee (if applicable).