United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 15-12787-PGH
Monica Maria Ibanez                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: eisenberg          Page 1 of 1              Date Rcvd: Aug 17, 2015
                              Form ID: pdf004          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2015.
db              +Monica Maria Ibanez,    2146 SW Newport Isles Blvd,    Port Saint Lucie, FL 34953-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92834986         +E-mail/Text: pfcu.bankruptcy@partnersfcu.org Aug 18 2015 00:35:45
                  Partners Federal Credit Union,    2190 S Town Centre Place,    Anaheim, CA 92806-6128
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2015 at the address(es) listed below:
          Brian J Cohen, Esq   on behalf of Debtor Monica Maria Ibanez court@thedebtlawyers.com
          Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner   ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                    TOTAL: 3

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Southern District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Monica Ibanez | Case Number:<br>15-12787 | **FILED**<br>U.S. Bankruptcy Court<br>Southern District of Florida<br><br>8/16/2015<br><br>**Joseph Falzone, Clerk**<br>COURT USE ONLY |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Partners Federal Credit Union

| Name and address where notices should be sent:<br>Partners Federal Credit Union<br>2190 S Town Centre Place<br>Anaheim, CA 92806<br><br>Telephone number:          email: | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br>Filed on: _____<br><br>☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br><br><br>Telephone number:          email: | |

**1. Amount of Claim as of Date Case Filed:** $_____20196.00_____
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Car Loan_____ (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br><br>  0070 | 3a. Debtor may have scheduled account as:<br><br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
**Nature of property or right of setoff:** ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
**Describe:** 2012 Ford Focus SEL 4D Hatchback
**Value of Property: $**_____10675.00_____
**Annual Interest Rate (when case was filed)** 5.25% ☑ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ _____

**Basis for perfection:** _____

**Amount of Secured Claim: $**_____10675.00_____

**Amount Unsecured:**          $_____9521.00_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

| | | | Amount entitled to priority: |
|---|---|---|---|
| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4). | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5). | |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7). | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8). | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__). | $_____ |

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **None Available**

**8. Signature:** (See instruction #8) Check the appropriate box.

☐ I am the creditor.    ☐ I am the creditor's authorized agent.    ☑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Josh Arthur
Title: Associate Attorney
Company: The Cohen Law Firm, P.A.
Address and telephone number (if different from notice address above):
1700 University Drive, Suite 210

Coral Springs, FL 33071
Telephone number: 954-346-1400    email:
josh@thedebtlawyers.com

/s/ Josh Arthur    8/16/2015
(Signature)    (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.